THE HONORABLE JOHN C. COUGHENOUR

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JESSE SCOTT and SHAUN MASTERS, individually, and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION, et al.,<br><br>Defendants. | NO. 2:11-cv-01422-JCC<br><br>**ORDER GRANTING JOINT MOTION FOR ENTRY OF FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 54(b)** |

THIS MATTER came before the undersigned on the Parties' Joint Motion for Entry of Final Judgment Pursuant to Fed. R. Civ. P. 54(b). (Dkt. No. 40). The motion is GRANTED. The Court's May 8, 2012 Order (Dkt. #37) is a final judgment on Counts III – VI of Plaintiffs' Second Amended Complaint and there is no just reason to delay entry of a final judgment on those claims. Accordingly, the Court enters judgment for Defendants and against Plaintiffs Jesse Scott and Shaun Masters as to Counts III – VI of Plaintiffs' Second Amended Complaint.

DATED this 31st day of July 2012.

_/s/ John C. Coughenour_

HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

ORDER - 1
CASE NO. 2:11-cv-01422-JCC